Same case below, 226 Ariz. 165, 244 P.3d 1163.

**No. 10-9614. Ralph Johnson, Petitioner v. Mike Knowles, Warden.**

563 U.S. 996, 131 S. Ct. 2460, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3684.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-9625. Jack D. Hall, Petitioner v. Mary Berghuis, Warden.**

563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3795, ■

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-9627. Edwin Shane Coen, Petitioner v. Oregon.**

563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3771.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Oregon denied.

Same case below, 349 Ore. 371, 245 P.3d 101.

**No. 10-9640. Greg Takung Chao, aka Greg Tukung Chao, Petitioner v. Nevada.**

563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3682.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 699.

**No. 10-9655. Marion R. Mosley, Petitioner v. Leamon E. White.**

563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3753.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 464 Fed. Appx. 206.

**No. 10-9660. Scott R. Zabriskie, Petitioner v. Florida.**

563 U.S. 996, 131 S. Ct. 2461, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3809, ■

May 16, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 48 So. 3d 69.

**No. 10-9667. Willie C. Scott, Petitioner v. Edwin G. Buss, Secretary, Florida Department of Corrections, et al.**

563 U.S. 996, 131 S. Ct. 2462, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3788.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-9683. Anthony Knight, Petitioner v. Securities and Exchange Commission, et al.**

563 U.S. 996, 131 S. Ct. 2462, 179 L. Ed. 2d 1225, 2011 U.S. LEXIS 3676.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 622.